USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

CESAR DONE,

                Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for Tuesday, January 21, 2020, is adjourned to February 20, 2020, at 2:00 p.m.

SO ORDERED.

Dated: New York, New York
       January 7, 2020

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE