U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 22, 2020

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/20
```

Re:   *United States v. Cesar Santana Done*, 16 Cr. 545 (KMW)

Dear Judge Wood:

The Government writes on behalf of the parties to request an adjournment of the conference currently scheduled for June 29, 2020 with respect to the above-captioned violation of supervised release. The parties jointly request that, in light of the ongoing COVID-19 pandemic, the Court re-schedule the conference for a date in September 2020.

*The conference is adjourned to September 24, 2020, at 11:00 a.m.*

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Stephanie Lake
Assistant United States Attorney
(212) 637-1066

cc: Irving Cohen, Esq. (by ECF)

*Kimba M. Wood   6/22/20*
SO ORDERED