UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/20
```

-against-

**ORDER**
16 CR 545 (KMW)

CESAR ADONIS SANTANA DONE,

Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The status conference in the above-captioned case is adjourned to Wednesday, December 2, 2020, at 2:00 p.m.

SO ORDERED.

Dated: New York, New York
September 22, 2020

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE