UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/21
```

      -against-

CESAR ADONIS SANTANA DONE,

                  Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

      The Court will hold a remote hearing on the defendant's violation of supervised release on Wednesday, February 10, 2021, at 2:00 p.m.

      Members of the press and public who wish to hear the proceedings should dial 917-933-2166 and enter Conference ID 113044216.

      SO ORDERED.

Dated:  New York, New York
          February 3, 2021

                                                          KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE