

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/21
```

**BY ECF AND EMAIL**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Cesar Done
             16 Cr. 545 (KMW)

Dear Judge Wood:

    The parties write to jointly request a 30-day adjournment of the conference scheduled for February 10, 2021. The defendant's state court case is still ongoing and the defendant is next scheduled to appear in that matter on February 26, 2021. Accordingly, the parties are requesting an adjournment in hopes that a potential resolution of the state proceeding will lead to a resolution in this violation of supervised release proceeding.

*The conference is adjourned to March 24, 2021, at 12:00 p.m.*

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/ _____
Michael C. McGinnis
Assistant United States Attorneys
(212) 637-2305

cc:    Counsel of Record (by ECF)

*Kimba M. Wood* 2/11/21
SO ORDERED