UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/21
```

        -against-

CESAR ADONIS SANTANA DONE,

                    Defendant.
------------------------------------------------------------------x

ORDER
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

    At the request of the parties, and in order to allow for the resolution of the defendant's state case, the conference in the above-captioned matter is adjourned to May 11, 2021, at 12:00 p.m.

    SO ORDERED.

Dated: New York, New York
         March 17, 2021

                                                /s/ Kimba M. Wood
                                                 KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE