UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

CESAR ADONIS SANTANA DONE,

      Defendant.
------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/21

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on the defendant's violation of supervised release on Tuesday, May 11, 2021, at 12:00 p.m.

Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 462107036. Members of the press and public must join the conference with their telephones on mute.

SO ORDERED.

Dated: New York, New York
      May 5, 2021

                                                /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE