UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

CESAR ADONIS SANTANA DONE,

                    Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

At the parties' request, and in order to await the outcome of the defendant's pending state case, the conference that was scheduled for May 11, 2021, is adjourned to June 22, 2021, at 12:30 p.m.

SO ORDERED.

Dated: New York, New York
May 12, 2021

                                                      */s/ Kimba M. Wood*
                                                   KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/21