UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against

CESAR ADONIS SANTANA DONE,

                         Defendant.
-------------------------------------------------------------------x

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/16/21 |

**ORDER**
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

At the request of the parties, and in order to allow for the resolution of the defendant's

state case, the conference in the above-captioned matter is adjourned to July 20, 2021, at 11:00

a.m.

        SO ORDERED.

Dated: New York, New York
       June 16, 2021

                                      KIMBA M. WOOD
                           UNITED STATES DISTRICT JUDGE