UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/21
```

    -against-

**ORDER**
16 CR 545 (KMW)

CESAR ADONIS SANTANA DONE,

                 Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

In order to allow for the resolution of the defendant's state case, the conference scheduled for August 10, 2021, is adjourned to September 28, 2021, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
       August 9, 2021

                                                   */s/ Kimba M. Wood*
                                                   KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE