UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/21

      -against-

CESAR ADONIS SANTANA DONE,

                 Defendant.
-------------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

At the request of the parties, and in order to allow for the resolution of the defendant's state case, the conference in the above-captioned matter is adjourned to Wednesday, January 5, 2022, at 2:00 p.m.

SO ORDERED.

Dated: New York, New York
       November 3, 2021

                                            _____
                                            KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE