```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

              -against-

CESAR SANTANA DONE,

                        Defendant.
-------------------------------------------------------------------x

**ORDER**

16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

The conference on a violation of supervised release, currently scheduled for January 5, 2022, is adjourned to February 17, 2022, at 11:00 a.m., to allow for the resolution of the defendant's state court case.

If counsel needs a further adjournment, they shall notify the Court in writing by February 7, 2022.

SO ORDERED.

Dated: New York, New York
        January 4, 2022

                                                    KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE