UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

UNITED STATES OF AMERICA

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2/8/22 |

-against-

**ORDER**
16 CR 545 (KMW)

CESAR DONE,

Defendant.

--------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

At the request of the parties, and in order to allow for the resolution of the defendant's

state case, the conference scheduled for February 17, 2022, is adjourned to March 24, 2022, at

12:00 p.m.

SO ORDERED.

Dated: New York, New York
        February 8, 2022

*Kimba m. Wood*

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE