UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

CESAR DONE,

                            Defendant.
-----------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/22

**ORDER**
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Thursday, March 24, 2022, at 12:00 p.m. Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 462107036, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
         March 15, 2022

                                                  _____
                                                     KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE