UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

CESAR DONE,

                                Defendant.
-------------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/22

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Thursday, April 28, 2022, at 11:00 a.m. Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 462107036, with their telephones on mute. Consistent with the standing orders of this court and local rules, no rebroadcasting or recording of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
April 19, 2022

                                                          /s/ Kimba M. Wood
                                                        KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE