UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

CESAR DONE,

                            Defendant.
------------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/22
```

**ORDER**
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's trial schedule, the sentencing currently scheduled for May 25, 2022, is adjourned to Tuesday, June 7, 2022, at 10:30 a.m. The Court will send a Microsoft Teams link to the parties, and post dial-in information for the public prior to the sentencing.

    SO ORDERED.

Dated: New York, New York
       May 10, 2022

                                                          */s/ Kimba M. Wood*
                                                          KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE