UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

CESAR DONE,

                             Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/22

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Tuesday, June 7, 2022, at 10:30 a.m. Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 462107036, with their telephones on mute. Consistent with the local rules and the standing orders of this court, no rebroadcasting or recording of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
           May 31, 2022

                                                    _/s/ Kimba M. Wood_
                                                    KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE