USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    6/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

      -against-                                            16-CR-545 (KMW)

CESAR DONE,                                          **ORDER**

                Defendant.

-------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      Defendant did not appear for the sentencing hearing scheduled for today, apparently because he was not given notice of it. The hearing is accordingly adjourned to Thursday, July 7, 2022, at 11 a.m. The hearing will be conducted on Microsoft Teams. Members of the press and public who wish to join the proceeding may dial 332-249-0608 and enter Conference ID 543 133 07, with their telephones on mute. Consistent with the local rules and standing orders of this court, no rebroadcasting or recording of the proceeding is permitted.

      No later than July 1, 2022, the Government and defense counsel shall each make a written submission to the Court setting forth their positions regarding Mr. Done's sentence.

      SO ORDERED.

Dated: New York, New York
          June 7, 2022                                           */s/ Kimba M. Wood*
                                                                  KIMBA M. WOOD
                                                      United States District Judge